UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

LORENZO ENTERPRISES CORP, AVIS BUDGET GROUP, INC. and AVIS BUDGET CAR RENTAL, LLC,
    Defendants.

Case No: 23-cv-24703-BB

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, AMIN LAKHANI, and Defendants, LORENZO ENTERPRISES CORP, AVIS BUDGET GROUP, INC. and AVIS BUDGET CAR RENTAL, LLC, by and through undersigned counsel, hereby notifies the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and executing their settlement documents.

    Respectfully submitted,

    s/ Glenn R. Goldstein
    Glenn R. Goldstein (FBN: 55873)
        *Attorney for Plaintiff*
    Glenn R. Goldstein & Assoc., PLLC
    8101 Biscayne Blvd., Ste. 504
    Miami, Florida 33138
    561.573.2106
    GGoldstein@G2Legal.net